UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LUIS A. VASQUEZ CARCAMO,

    Petitioner,

v.                                          Case No.:  2:25-cv-00922-SPC-NPM

KRISTI NOEM *et al.*.

    Respondents,
    _____/

## ORDER

    Before the Court is Petitioner Luis A. Vasquez Carcamo's Emergency Petition for Writ of Habeas Corpus (Doc. 1).  The Court finds the Petition warrants an expedited response.

    Accordingly, it is

    **ORDERED:**

1. The Clerk of Court is **DIRECTED** to send a copy of this Order, the Petition with exhibits (Doc. 1), and each summons **electronically** to the United States Attorney's Office in Tampa, Florida (**USAFLM.Alcatraz@usdoj.gov**) and by **certified mail** to the Attorney General of the United States in Washington, D.C (U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington DC 20530-0001).

2. On or before October 21, 2025, the respondents must respond to all

allegations, grounds, and arguments asserted in the petition and show cause why it should not be granted.

3. Petitioner may file a reply to the response but is not required to do so. Any reply must be filed **3 days** after the response is filed. The Court will not address new grounds raised in the reply. *See United States v. Evans*, 473 F.3d 1115, 1120 (11th Cir. 2006). The reply must not exceed **10 pages**.

**DONE and ORDERED** in Fort Myers, Florida on October 14, 2025.



SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA:       FTMP-1
Copies:   All parties of record